100 A.3d 571

Jorge NELSON, Petitioner

v.

COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PHILADELPHIA COUNTY, Respondents.

No. 103 EM 2014.

Supreme Court of Pennsylvania.

Sept. 19, 2014.

## ORDER

PER CURIAM.

AND NOW, this 19th day of September, 2014, the Application for Leave to File Original Process is GRANTED. Furthermore, the Petition for Writ of Mandamus and/or Ex-

traordinary Relief is **DENIED** to the extent it requests extraordinary relief and is **GRANTED** to the extent it requests mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending petition within 90 days.